# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

TV TOKYO CORPORATION,

   Plaintiff,

v.

ADESIGN USA, et al.,

   Defendants.

Civil Action No. 25-cv-06813-LMM

## **PRELIMINARY INJUNCTION ORDER**

THIS CAUSE comes before the Court following a hearing on Plaintiff's Motion for Preliminary Injunction. The Court previously entered a Temporary Restraining Order and Asset Freeze Order against all Defendants ("TRO") on November 26, 2025, Order [Dkt. #9]. The Court also authorized Plaintiff to serve Defendants by electronic means. [Dkt. #10]. In conjunction with the TRO, the Court ordered Defendants to appear at a hearing to demonstrate good cause why a preliminary injunction should not be issued. [Dkt. #9]. The TRO was further extended and the hearing reset to December 19, 2025, at 2:30 P.M. [Dkt. #14] and the hearing time was further reset to 2:00 P.M. The hearing on Plaintiff's motion for a preliminary injunction was held via zoom on December 19, 2025, at 2:00 P.M.

All Defendants have failed to show good cause why a preliminary injunction should not be issued against them. Through the preliminary injunction hearing and Plaintiff's associated motion papers, Plaintiff has established:

a)  A substantial likelihood of success on the merits of its trademark infringement claim given that:

    i)  Plaintiff is the exclusive licensee to a federal trademark registrations (the "TV Tokyo IP");

    ii)  the infringing products advertised and offered for sale by Defendants are not authorized by Plaintiff and are not genuine;

    iii)  Defendants are using works that are identical with or substantially indistinguishable from one or more of the TV Tokyo or colorable imitations of the TV Tokyo in commerce on or in connection with the advertising, offering for sale, and/or sale of infringing products; and

    iv)  Defendants' use of the TV Tokyo IP or colorable imitations of the TV Tokyo IP on or in connection with the advertising, offering for sale, and/or sale of infringing products is likely to cause consumer confusion, mistake, or deception as to the source or origin of the infringing products.

v)      Defendants are offering for sale and selling reproductions of one or more of the TV Tokyo IP, or works that are derived from one of Plaintiff's IP;

vi)      Plaintiff has not authorized Defendants to reproduce, distribute, publicly display or create derivative works of any of the TV Tokyo IP;

b)      Plaintiff will suffer irreparable harm if the injunction does not issue in light of the rebuttable presumption of irreparable harm set forth in 15 U.S.C. § 1116(a). Moreover, the continued sale of infringing products by Defendants threatens Plaintiff with the loss of control of its reputation and the loss of considerable goodwill it has established with consumers.

c)      The balance of the harms weighs in favor of granting the injunction given that the threatened injury to Plaintiff's reputation and goodwill absent an injunction outweighs any potential financial harm that Defendants may suffer as a result of the injunction.

d)      The requested injunction would serve the public interest. Avoidance of consumer confusion is always in the public interest, particularly when consumers are being misled as to the quality, source, and composition of infringing products, many of which do not comply with applicable product safety, manufacturing, or labeling requirements.

Accordingly, Plaintiff has established to the satisfaction of this Court that equitable relief in the form of a preliminary injunction is warranted, and Defendants have failed to show good cause why a preliminary injunction should not issue. Therefore, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED** as to all Defendants as follows:

a)  For the duration of this action, each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order is hereby ordered to:

   i)  cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any infringing products;

   ii)  cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods bearing the TV Tokyo IP, or any confusingly similar works, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

   iii) cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any infringing products;

    iv) cease and refrain from using the TV Tokyo IP on or in connection with any virtual storefront that any Defendant may own, operate, or control on any online marketplace;

    v) cease and refrain from any and all use of the TV Tokyo IP on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to virtual storefronts registered, owned or operated by any Defendant on any Marketplace; and

    vi) cease and refrain from altering, disabling, closing, or transferring ownership of any virtual storefront on any online marketplace during the pendency of this action or until further order of the Court.

b) For the duration of this action, each Defendant must preserve all documents and electronically stored information arising from or related to its sale, offer for sale, distribution, and advertising of infringing products through its virtual storefronts located on the online marketplaces.

c) For the duration of this action, all Financial Institutions (as defined in Plaintiff's motion) that receive actual notice of this Order shall continue to attach and freeze all funds in any accounts owned, controlled, utilized by, or associated with Defendants and otherwise prohibit the transfer of any funds

out of any such accounts and divert any frozen funds and any additional funds that may be transferred into the accounts into a holding account at the marketplace or the respective Financial Institution for the trust of the Court, with such frozen funds and/or holding accounts being held, maintained, and/or located exclusively within the United States.

d)    No funds restrained by this Order shall be transferred or surrendered by any Financial Institution or online marketplace for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of the Court.

e)    For the duration of this action and upon receipt of actual notice of this Order, each online marketplace on which a Defendant maintains a virtual storefront or account shall continue to freeze all funds held or received by the marketplace for any Defendant's benefit and disable each Defendant's virtual storefronts on the marketplaces and any accounts associated with each Defendant and cease providing any services to Defendants.

f)    Plaintiff may notify the marketplaces and Financial Institutions of this Order by electronic means, including by electronic mail.

g)    This Order shall remain in effect for the duration of this action and until such time as a final judgment is entered.

h)   This Order shall apply to Defendants, their associated virtual storefronts on the marketplaces, and any other websites, domain names, seller identification names, e-commerce stores, or Financial Institution accounts which are being used by Defendants, their officers, agents, employees, attorneys, and all persons in active concert or participation with any of them, for the purpose of advertising, offering for sale, and selling any infringing products at issue in this action and/or unfairly competing with Plaintiff.

i)   The Court's previous Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause [Dkt. #9] is dissolved and is replaced by this Preliminary Injunction Order, which is hereafter in effect.

**SO ORDERED** this  19th  day of  December  , 2025.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE

## SCHEDULE A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | ADesign USA | Amazon | A1NGZJFVZZGBIE |
| 2 | AnXingRanDeDian | Amazon | AP24SWWRV04WO |
| 3 | baofengxianfulaicairiyongbaihuochaoshi | Amazon | A19LR1A6D3Z8BL |
| 4 | CHASIUS | Amazon | A3GB11HYQGRUS6 |
| 5 | DadySethcase | Amazon | A164DS1CB0YFLT |
| 6 | dewomeiguo | Amazon | A394E56YYZ9NZA |
| 7 | FSXMB | Amazon | A1FUJG9L8QS5GF |
| 8 | Guo Weiwei | Amazon | ACWO8PH5KWBJ0 |
| 9 | IOKGGRF | Amazon | ALP99QIZ9Z0TY |
| 10 | kexiajing | Amazon | A3F2K1H5YU3I3R |
| 11 | KIJIT | Amazon | A1C6IH5HU7YS62 |
| 12 | leixins | Amazon | A2165ANG4NAXLS |
| 13 | LiXuanXuanXiaoDian | Amazon | A34H94GXN9DMUJ |
| 14 | LuShanXianJuMeiXinRiYongPinDian | Amazon | A1NDQD1K4RWD17 |
| 15 | Lydia Begg | Amazon | AMN89LFV7ON4M |
| 16 | MartDFSDSTOP | Amazon | A24O2JXATDKX52 |
| 17 | meifengdian | Amazon | A28QT7UKF6EXKH |
| 18 | onepieceanime | Amazon | A1OV568Q864TA9 |
| 19 | PRIMARY FOREST | Amazon | A1CC72X8YKKX8R |
| 20 | putianshichengxiangqubochiliwujindian | Amazon | A175V0WZUASL6Q |
| 21 | Tang Xingfa | Amazon | AFVPIVQJ8GR7T |
| 22 | tongshanxianhaiyubaihuodian(getigongshanghu) | Amazon | A1JK0NTA2PCX3A |
| 23 | TYGVXXMM | Amazon | A2V95JJYIGP4F4 |
| 24 | wangqianstory | Amazon | A172G0E37HI4IJ |
| 25 | wei feng li | Amazon | A2CSM6Q4D1EKOJ |
| 26 | xiamenchengxuandakejiyouxiangongsi | Amazon | A1BU3YCKORFUQ |
| 27 | xiamenmeisikangchenshangmaoyouxiangongsi | Amazon | A3GKMBBWELVPOA |
| 28 | xinnanzonghe | Amazon | ABTGZPCLK9OCZ |
| 29 | xinxinfuzhuanghang | Amazon | A1BVCOQO6QGCVZ |
| 30 | yayachaoxie | Amazon | A2OVQKX0J4VB97 |
| 31 | yichangtuenbaihuoyouxiangongsi | Amazon | A3TI2PQZRXWDTC |
| 32 | YIKAIFAFA | Amazon | A154JBG9FEQ3VJ |
| 33 | YOUDANTIANITAN | Amazon | A1R0YM2ZIZ9N75 |
| 34 | yueqingshijinyudianqiyouxiangongsi | Amazon | A66I2QCFX7W1C |
| 35 | ZhaoXiaoPengXiaoDian | Amazon | AIDMN5ZLGUBOM |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 36 | CaiJinLeiDeXiaoDian | Amazon | A1I1WOSZKSI8A8 |
| 37 | guangzhoushiyuchengdianziyouxiangongsi | Amazon | A3I9A20W0ZNPJB |
| 38 | HOSCLANS Store | Amazon | A20NHALJ16CGRI |
| 39 | jinanchangjiugeshangmaoxiaoshouyouxiangongsi | Amazon | A2DX1XEQPJ28SZ |
| 40 | SZKHWHCB | Amazon | AN2X9RGMAQ4JP |
| 41 | TB8991 Store | Amazon | A5049T0DVJSP7 |
| 42 | The only Mars store in the world | Amazon | A3AII3HKIBHCSK |
| 43 | 134 New Brand Case Store | AliExpress | 1101651497 |
| 44 | 195 LT Store | AliExpress | 1101806935 |
| 45 | 218 YYCase Store | AliExpress | 1101892555 |
| 46 | 263 WMZJ Phone Case Store | AliExpress | 1102616058 |
| 47 | 285 FAFA Case Store | AliExpress | 1102766651 |
| 48 | 3Cases Accessories Factory Store | AliExpress | 1101334581 |
| 49 | A small mobile phone case shop that loves comics and animation Store | AliExpress | 1101549090 |
| 50 | Aesthetics Store | AliExpress | 1101253918 |
| 51 | Akerstribe Store | AliExpress | 1102724307 |
| 52 | amazoon Store | AliExpress | 1101786108 |
| 53 | Angell Store | AliExpress | 1102642005 |
| 54 | Anime 28 Store | AliExpress | 1102083192 |
| 55 | Anime Phone Accessories Store | AliExpress | 1101355013 |
| 56 | Anime phone case Store Store | AliExpress | 1102008999 |
| 57 | AnimePhonecase79 Store | AliExpress | 1101956427 |
| 58 | ARUO Customized Design Store | AliExpress | 1101355051 |
| 59 | ARUO Store | AliExpress | 1101316308 |
| 60 | balai 003 Store | AliExpress | 1101913995 |
| 61 | Basitu Atime Store | AliExpress | 1101755472 |
| 62 | Batusi Ahao Cases Store | AliExpress | 1101742355 |
| 63 | Batusi Yhaoo Cases Store | AliExpress | 1101736050 |
| 64 | BBTHBDNBY Cuhebjvl Store | AliExpress | 1102995001 |
| 65 | Bess Cases Store | AliExpress | 1101689556 |
| 66 | Betsy Store | AliExpress | 1101217823 |
| 67 | Brand Phone Case Store | AliExpress | 1102425735 |
| 68 | BRIGHT CAPSID Store | AliExpress | 1100905684 |
| 69 | BuDuCoost001 Store | AliExpress | 1101789794 |
| 70 | Cartoon animation animal mobile phone case shop Store | AliExpress | 1101396473 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 71 | CasesUFO Store | AliExpress | 1101454608 |
| 72 | Casetifactory Store | AliExpress | 1101678084 |
| 73 | China 3C Digital Store | AliExpress | 1101322169 |
| 74 | comic Store | AliExpress | 1101827692 |
| 75 | Computer mouse pad Global Store | AliExpress | 1101754152 |
| 76 | Coolgle Store | AliExpress | 1101786053 |
| 77 | COSJK 2 Store | AliExpress | 1101727197 |
| 78 | CreateXin Boutique Phone Case Store | AliExpress | 1102522285 |
| 79 | CS Computer peripherals global Store | AliExpress | 1101680048 |
| 80 | CS Keyboard pad Global Store | AliExpress | 1102012739 |
| 81 | CS Mouse Pad Global Store | AliExpress | 1101992582 |
| 82 | CS Pc Mousepad Store | AliExpress | 1101234098 |
| 83 | CSMY Office Mousepad Store | AliExpress | 1102021259 |
| 84 | CSMY-Laumango Store | AliExpress | 1101357978 |
| 85 | Customized Phone Accessories Store | AliExpress | 1101403147 |
| 86 | daidaihotsales57 Store | AliExpress | 1101323887 |
| 87 | DanTu01 Store | AliExpress | 1102327005 |
| 88 | DanTu05 Store | AliExpress | 1102317571 |
| 89 | Destacado Store | AliExpress | 1101261679 |
| 90 | Devin Hey Store | AliExpress | 1102646099 |
| 91 | DINGHE ALILI QTPC16 Store | AliExpress | 1103836102 |
| 92 | Disney 93 case Store | AliExpress | 1101399295 |
| 93 | DIYhome122 Store | AliExpress | 1101553056 |
| 94 | DIYs 155 Store | AliExpress | 1101755119 |
| 95 | DROPSHIPPING-DIY-Mousepad Store | AliExpress | 1101789593 |
| 96 | E-Buy Store | AliExpress | 1102843978 |
| 97 | E-Lucky Store | AliExpress | 1102180482 |
| 98 | Eenehana02 Store | AliExpress | 1102475193 |
| 99 | ENCORE PHONE CASE Store | AliExpress | 1103292041 |
| 100 | ESports01 mouse pad Store | AliExpress | 1102113766 |
| 101 | Etsy Case Store | AliExpress | 1102005828 |
| 102 | Faceboook Store | AliExpress | 1101788553 |
| 103 | Fallen Leaves Store | AliExpress | 1102339931 |
| 104 | Fashion Luxury Orange Phone Case Store | AliExpress | 1102668625 |
| 105 | Feng06 Store | AliExpress | 1104031764 |
| 106 | Findercase Official Store | AliExpress | 1101289196 |
| 107 | For alliance 41 Store | AliExpress | 1101535881 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 108 | FSBCGT Custom Outer Case Store | AliExpress | 1102061562 |
| 109 | Funshop99 Store | AliExpress | 1101405088 |
| 110 | Future-02 Store | AliExpress | 1102265458 |
| 111 | Game Space Store | AliExpress | 1102134274 |
| 112 | Game-165 Store | AliExpress | 1103638393 |
| 113 | Gaming Global Mousepad Store | AliExpress | 1101954128 |
| 114 | Gaming Keyboard Pad Store | AliExpress | 1101943150 |
| 115 | Gaming Keyboards Gamer Store | AliExpress | 1101792853 |
| 116 | Gaoenxi Store | AliExpress | 1101960558 |
| 117 | GaoFan Store | AliExpress | 1101677842 |
| 118 | Gifts for mobile phones Store | AliExpress | 1101830140 |
| 119 | Global Mouse Pad Store | AliExpress | 1101287860 |
| 120 | GlobalPhoneCase76 Store | AliExpress | 1101961958 |
| 121 | GoodsChina Store | AliExpress | 1101817294 |
| 122 | Gump Store | AliExpress | 1102015012 |
| 123 | HAMAI02 Store | AliExpress | 1102303567 |
| 124 | HappyDay58 Store | AliExpress | 1101961113 |
| 125 | HEIKA ALILI QTPC10 Store | AliExpress | 1103809349 |
| 126 | HEIKA ALILI QTPC13 Store | AliExpress | 1103803329 |
| 127 | Here Cases Store | AliExpress | 1101706443 |
| 128 | Hi Tomorrow Store | AliExpress | 1101833519 |
| 129 | High-end 3C Store | AliExpress | 1101275390 |
| 130 | HJiayi 4 Store | AliExpress | 1101545437 |
| 131 | HJiayi Store | AliExpress | 1101371474 |
| 132 | HJiayi11 Store | AliExpress | 1101554938 |
| 133 | HJiayi12 Store | AliExpress | 1101561680 |
| 134 | HJiayi13 Store | AliExpress | 1101566884 |
| 135 | HJiayi29 Store | AliExpress | 1101622778 |
| 136 | HJiayi8 Store | AliExpress | 1101551188 |
| 137 | HJiayi9 Store | AliExpress | 1101553415 |
| 138 | HOKAIKIN Store | AliExpress | 1101716245 |
| 139 | HoneyTalk 902 Store | AliExpress | 1101672095 |
| 140 | HOTDIY Accessories Factory Store | AliExpress | 1101406177 |
| 141 | HOTSALECASE90 Store | AliExpress | 1101397512 |
| 142 | HRM321 Store | AliExpress | 1101937792 |
| 143 | huanhuangadgets50 Store | AliExpress | 1101326836 |
| 144 | IKSCase Store | AliExpress | 1101651267 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 145 | Ineedyou70 Store | AliExpress | 1101957010 |
| 146 | IXIXI Store | AliExpress | 1102374603 |
| 147 | JapanAnime75 Store | AliExpress | 1101961797 |
| 148 | JAY-Hathaway Store | AliExpress | 1101729484 |
| 149 | Jelly Mousepad Store | AliExpress | 1101977678 |
| 150 | Jiggle1101 Store | AliExpress | 1101764625 |
| 151 | JOLLY YOUTH Global Store | AliExpress | 1101522689 |
| 152 | Jupiter1010 Store | AliExpress | 1102597885 |
| 153 | Jupiter1011 Store | AliExpress | 1102663534 |
| 154 | Jupiter1012 Store | AliExpress | 1102695182 |
| 155 | JURENHE Mobile Phone Cases & Covers Store | AliExpress | 1101201041 |
| 156 | Just Love Store | AliExpress | 1101983857 |
| 157 | KAKAZZ Store | AliExpress | 1101859566 |
| 158 | Katyusha Phone Case Store | AliExpress | 1102051627 |
| 159 | KKT127 Store | AliExpress | 1101572324 |
| 160 | Komic | AliExpress | 1101089715 |
| 161 | KuaiLuo Store | AliExpress | 1101766304 |
| 162 | LadyLuckShop Store | AliExpress | 1101947597 |
| 163 | Latasa MousePad Store | AliExpress | 1102521184 |
| 164 | Laumango Brand Mouse Pad Store | AliExpress | 1101648613 |
| 165 | Laumango Offical Store | AliExpress | 1101113895 |
| 166 | Laumans Laumango Store | AliExpress | 1101212411 |
| 167 | LIBAI Store | AliExpress | 1101245817 |
| 168 | liejing no 1 Store | AliExpress | 1101543647 |
| 169 | Liejing No 6 Store | AliExpress | 1101547566 |
| 170 | LoveCase 362 Store | AliExpress | 1103642213 |
| 171 | LoveLoveLove Store | AliExpress | 1101880264 |
| 172 | LSVBA 3C Store | AliExpress | 1102958765 |
| 173 | LSVBA Personalized Phone Case Store | AliExpress | 1102977527 |
| 174 | LSVBA Store | AliExpress | 1101345435 |
| 175 | Luck Baby Store | AliExpress | 1101311983 |
| 176 | Lucky 31 Store | AliExpress | 1103594050 |
| 177 | Lucky NO10 Case Store | AliExpress | 1102844195 |
| 178 | lucky201988 Store | AliExpress | 1101336197 |
| 179 | M-HuoLan Cases Store | AliExpress | 1101530423 |
| 180 | Mairuige Boutique Gamer Mouse Mat Store | AliExpress | 1101594078 |
| 181 | Mairuige Gaming Store | AliExpress | 1101536582 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 182 | MaiYa19 Store | AliExpress | 1101133018 |
| 183 | Maiyaca phone accessories Store | AliExpress | 1101221722 |
| 184 | MANSI Cases Store | AliExpress | 1101805793 |
| 185 | MHLan Store | AliExpress | 1101733193 |
| 186 | MIHI PHONE CASES Store | AliExpress | 1101991929 |
| 187 | MINISO Store | AliExpress | 1102004043 |
| 188 | Mobile phone case cabin with favorite animation Store | AliExpress | 1101534878 |
| 189 | mousepadDIY Store | AliExpress | 1102177196 |
| 190 | MRGBEST PC Store | AliExpress | 1101373359 |
| 191 | MRGLZY - Computer Office Peripherals Store Store | AliExpress | 1101657550 |
| 192 | MRGLZY DIY- DROPSHIPPING Store | AliExpress | 1101792350 |
| 193 | Mu Mu-Case Store | AliExpress | 1102082169 |
| 194 | MuBai-E Store | AliExpress | 1102333007 |
| 195 | MySunny Store | AliExpress | 1101364321 |
| 196 | MySunny2 Store | AliExpress | 1101401236 |
| 197 | nannan1 Store | AliExpress | 1102133404 |
| 198 | New Fighting Store | AliExpress | 1101919317 |
| 199 | Newnew42 Store | AliExpress | 1101847739 |
| 200 | Newnew43 Store | AliExpress | 1101862916 |
| 201 | NewsNews84 Store | AliExpress | 1102597970 |
| 202 | niuniuniu 003 Store | AliExpress | 1102013452 |
| 203 | NO.13 Store | AliExpress | 1101298675 |
| 204 | Noger phone fitting 22 Store | AliExpress | 1101395644 |
| 205 | Nonobao71 Store | AliExpress | 1101960055 |
| 206 | O--O Store | AliExpress | 1101627590 |
| 207 | ornate Store | AliExpress | 1101536327 |
| 208 | OWO777 Store | AliExpress | 1101970758 |
| 209 | Passione Store | AliExpress | 1102476194 |
| 210 | Professional black mobile phone Store | AliExpress | 1101780543 |
| 211 | Programmer Store | AliExpress | 1101731512 |
| 212 | PULCHRAM Official Store | AliExpress | 1101272718 |
| 213 | Qin Phone Case Store | AliExpress | 1102435184 |
| 214 | QIU 003 Store | AliExpress | 1102694795 |
| 215 | QQ Mall | AliExpress | 1101011722 |
| 216 | ranrna29 Store | AliExpress | 1102075217 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 217 | Reminisce Cases Store | AliExpress | 1101321051 |
| 218 | RICCU fashion iphone case Store | AliExpress | 1102313655 |
| 219 | Riccu1000 Store | AliExpress | 1101803430 |
| 220 | rmHong64 Store | AliExpress | 1101957517 |
| 221 | RockSun Store | AliExpress | 1101230807 |
| 222 | Saturday Store 117 Store | AliExpress | 1101704337 |
| 223 | SEG Store | AliExpress | 1101815302 |
| 224 | SevenFive Store | AliExpress | 1101669604 |
| 225 | ShaGen Store | AliExpress | 1101305316 |
| 226 | Shelly 252 Store | AliExpress | 1102410019 |
| 227 | Shop 135 Store | AliExpress | 1103735160 |
| 228 | Shop S8 Store | AliExpress | 1101979124 |
| 229 | Shop1100065 Store | AliExpress | 1101978029 |
| 230 | Shop1100184091 Store | AliExpress | 1102009536 |
| 231 | Shop1101667084 Store | AliExpress | 1101667084 |
| 232 | Shop1102056341 Store | AliExpress | 1102062257 |
| 233 | Shop1102111666 Store | AliExpress | 1102114649 |
| 234 | Shop1102132088 Store | AliExpress | 1102135055 |
| 235 | Shop1102161998 Store | AliExpress | 1102161999 |
| 236 | Shop1102289034 Store | AliExpress | 1102280231 |
| 237 | Shop1102302560 Store | AliExpress | 1102298566 |
| 238 | Shop1102322441 Store | AliExpress | 1102316529 |
| 239 | Shop1102376536 Store | AliExpress | 1102371606 |
| 240 | Shop1102408036 Store | AliExpress | 1102412011 |
| 241 | Shop1102410020 Store | AliExpress | 1102412006 |
| 242 | Shop1102410023 Store | AliExpress | 1102411014 |
| 243 | Shop1102413010 Store | AliExpress | 1102408034 |
| 244 | Shop1102413384 Store | AliExpress | 1102412384 |
| 245 | Shop1102419950 Store | AliExpress | 1102419951 |
| 246 | Shop1102439892 Store | AliExpress | 1102436953 |
| 247 | Shop1102454295 Store | AliExpress | 1102457264 |
| 248 | Shop1102460527 Store | AliExpress | 1102461651 |
| 249 | Shop1102469081 Store | AliExpress | 1102454878 |
| 250 | Shop1102546388 Store | AliExpress | 1102548361 |
| 251 | Shop1102559785 Store | AliExpress | 1102560730 |
| 252 | Shop1102563931 Store | AliExpress | 1102562959 |
| 253 | Shop1102603695 Store | AliExpress | 1102604726 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 254 | Shop1102676537 Store | AliExpress | 1102672595 |
| 255 | Shop1102680706 Store | AliExpress | 1102681709 |
| 256 | Shop1102681673 Store | AliExpress | 1102682620 |
| 257 | Shop1102690179 Store | AliExpress | 1102691187 |
| 258 | Shop1102699429 Store | AliExpress | 1102699430 |
| 259 | Shop1102699862 Store | AliExpress | 1102699863 |
| 260 | Shop1102716426 Store | AliExpress | 1102721416 |
| 261 | Shop1102716765 Store | AliExpress | 1102717736 |
| 262 | Shop1102718448 Store | AliExpress | 1102721417 |
| 263 | Shop1102725044 Store | AliExpress | 1102723039 |
| 264 | Shop1102743110 Store | AliExpress | 1102743111 |
| 265 | Shop1102960764 Store | AliExpress | 1102960765 |
| 266 | Shop1103183664 Store | AliExpress | 1103184663 |
| 267 | Shop1103428106 Store | AliExpress | 1103433082 |
| 268 | Shop1103557049 Store | AliExpress | 1103565008 |
| 269 | Shop1103592898 Store | AliExpress | 1103588948 |
| 270 | Shop1103608919 Store | AliExpress | 1103608920 |
| 271 | Shop1103627163 Store | AliExpress | 1103621493 |
| 272 | Shop1103629374 Store | AliExpress | 1103634268 |
| 273 | Shop1103646143 Store | AliExpress | 1103648079 |
| 274 | Shop1103648078 Store | AliExpress | 1103644191 |
| 275 | Shop1103682557 Store | AliExpress | 1103672812 |
| 276 | Shop1103685538 Store | AliExpress | 1103683550 |
| 277 | Shop1103692383 Store | AliExpress | 1103689435 |
| 278 | Shop1103730221 Store | AliExpress | 1103727222 |
| 279 | Shop1103730851 Store | AliExpress | 1103730852 |
| 280 | Shop1103775333 Store | AliExpress | 1103771348 |
| 281 | Shop1103803131 Store | AliExpress | 1103803132 |
| 282 | Shop1103805155 Store | AliExpress | 1103812134 |
| 283 | Shop1103808115 Store | AliExpress | 1103804129 |
| 284 | Shop1103811005 Store | AliExpress | 1103816005 |
| 285 | Shop1103813010 Store | AliExpress | 1103812008 |
| 286 | Shop1103813163 Store | AliExpress | 1103810134 |
| 287 | Shop1103815007 Store | AliExpress | 1103811003 |
| 288 | Shop1103939329 Store | AliExpress | 1103944326 |
| 289 | Shop1104027X171 Store | AliExpress | 1104031549 |
| 290 | Shop20210311 Shopping Store | AliExpress | 1101673743 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 291 | Shop2021310 Store | AliExpress | 1101671893 |
| 292 | Shop2395065 Store | AliExpress | 1101219763 |
| 293 | Shop2970064 Store | AliExpress | 1101254957 |
| 294 | Shop5003081 Store | AliExpress | 1101322305 |
| 295 | Shop5008081 Store | AliExpress | 1101327320 |
| 296 | Shop5022111 Store | AliExpress | 1101438912 |
| 297 | Shop5083082 Store | AliExpress | 1101338553 |
| 298 | Shop5145078 Store | AliExpress | 1101346347 |
| 299 | Shop5154055 Store | AliExpress | 1101345719 |
| 300 | Shop5159045 Store | AliExpress | 1101345571 |
| 301 | Shop5519003 Store | AliExpress | 1101366406 |
| 302 | Shop5558132 Store | AliExpress | 1101367997 |
| 303 | Shop5732170 Store | AliExpress | 1101385199 |
| 304 | Shop5780609 Store | AliExpress | 1101391825 |
| 305 | Shop5781767 Store | AliExpress | 1101389720 |
| 306 | Shop5793166 Store | AliExpress | 1101387176 |
| 307 | Shop5960091 Store | AliExpress | 1101405574 |
| 308 | Shop5962052 Store | AliExpress | 1101399830 |
| 309 | Shop900247034 Store | AliExpress | 1101406054 |
| 310 | Shop910370103 Store | AliExpress | 1101518728 |
| 311 | Shop910940046 Store | AliExpress | 1101556597 |
| 312 | Shop911126234 Store | AliExpress | 1101578283 |
| 313 | Shop911262341 Store | AliExpress | 1101593597 |
| 314 | Shop911381174 Store | AliExpress | 1101609866 |
| 315 | Shop911419376 Store | AliExpress | 1101617754 |
| 316 | Shunfeng 3C Digital Store | AliExpress | 1102694645 |
| 317 | Shunzhifa85 Store | AliExpress | 1102623606 |
| 318 | Silence32 Store | AliExpress | 1101672302 |
| 319 | Silence33 Store | AliExpress | 1101691702 |
| 320 | Silence36 Store | AliExpress | 1101718126 |
| 321 | Silence37 Store | AliExpress | 1101731567 |
| 322 | Silence38 Store | AliExpress | 1101753671 |
| 323 | Situke Abmei Store | AliExpress | 1101675891 |
| 324 | Situke Cases Store | AliExpress | 1101668040 |
| 325 | SIXGODPHONECASE Store | AliExpress | 1102512474 |
| 326 | So Good So Good Store | AliExpress | 1101330986 |
| 327 | Specials Phone Accessories Store | AliExpress | 1101356536 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 328 | STK Awang Cases Store | AliExpress | 1101700629 |
| 329 | Stranger Things 4 Store | AliExpress | 1102140572 |
| 330 | Stylish Hot 250 Store | AliExpress | 1102336822 |
| 331 | Superne Store | AliExpress | 1101877219 |
| 332 | TAT Store | AliExpress | 1101909086 |
| 333 | The 1990 Phone Cases Store | AliExpress | 1101227056 |
| 334 | TieZhu Store | AliExpress | 1101372428 |
| 335 | Tinkmall Store | AliExpress | 1101664032 |
| 336 | TJ Jian Store | AliExpress | 1101317569 |
| 337 | To make friends Store | AliExpress | 1101548892 |
| 338 | TOMMY Store | AliExpress | 1102831156 |
| 339 | TOP-100 Store | AliExpress | 1101805223 |
| 340 | TOPLB102 Store Store | AliExpress | 1101495505 |
| 341 | TOPLB104 Store | AliExpress | 1101494459 |
| 342 | Trend Accessories Factory Store | AliExpress | 1101552461 |
| 343 | Tsukimori Store | AliExpress | 1101896092 |
| 344 | TWT Store | AliExpress | 1101507427 |
| 345 | victory888 Store | AliExpress | 1101626608 |
| 346 | VIP Custom Poster Decoration-96 Store | AliExpress | 1103009201 |
| 347 | We Fight Store | AliExpress | 1101218049 |
| 348 | We Happiness2 Store | AliExpress | 1101505743 |
| 349 | WeLike Store | AliExpress | 1101226031 |
| 350 | WeLove Store | AliExpress | 1101220767 |
| 351 | winwinsales39 Store | AliExpress | 1101304730 |
| 352 | wish win Store | AliExpress | 1102002737 |
| 353 | WULA PHONE CASE Store | AliExpress | 1102042025 |
| 354 | Xcxhjk Store | AliExpress | 1102716759 |
| 355 | XDYT Gaming Computer Mousepad Store | AliExpress | 1101949911 |
| 356 | XDYT Global Mousepad Store | AliExpress | 1101953072 |
| 357 | XGame Mousepad Store | AliExpress | 1102009120 |
| 358 | XGZ-3C-DIY Store | AliExpress | 1101447055 |
| 359 | XGZ-Computer Peripherals Store | AliExpress | 1101357536 |
| 360 | Xiaolige Store | AliExpress | 1101740322 |
| 361 | xiaoran-42 Store | AliExpress | 1102270059 |
| 362 | Xiaoran-51 Store | AliExpress | 1102339935 |
| 363 | XinChuang54 Store | AliExpress | 1101956802 |
| 364 | XMCSMY75 Store | AliExpress | 1102020266 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 365 | XMYK01 Store | AliExpress | 1102264600 |
| 366 | YANG 05 Store | AliExpress | 1102703287 |
| 367 | Yaofayaofa80 Store | AliExpress | 1101957015 |
| 368 | Yiimu44 Store | AliExpress | 1101906414 |
| 369 | Yiimu45 Store | AliExpress | 1101907729 |
| 370 | YOROZUYA Mouse Pad Store | AliExpress | 1102309075 |
| 371 | YTXD Mousepad Store | AliExpress | 1101866056 |
| 372 | YTXD Store | AliExpress | 1101821239 |
| 373 | YUNIAN ALILI 24 Store | AliExpress | 1103535656 |
| 374 | Yushengli 60 Store | AliExpress | 1101961692 |
| 375 | Yushengli 61 Store | AliExpress | 1101956896 |
| 376 | YY 113 Store | AliExpress | 1101535594 |
| 377 | YY118 Store | AliExpress | 1101541738 |
| 378 | yyds69 Store | AliExpress | 1101958758 |
| 379 | ZANTU03 Store | AliExpress | 1102375292 |
| 380 | ZHANKUI Store | AliExpress | 1101940517 |
| 381 | ZHIYAN04 Store | AliExpress | 1102371638 |
| 382 | Zingcase Store | AliExpress | 1101256890 |
| 383 | ZKK Store | AliExpress | 1101556070 |
| 384 | Flash mink | Walmart | 101664734 |
| 385 | Guoyichuanchengyixueltdshopx | Walmart | 102629239 |
| 386 | keyimaoyi | Walmart | 101663478 |
| 387 | LEBACK-CASE | Walmart | 102490081 |
| 388 | ngzhouxiongzhenshangm | Walmart | 102488176 |
| 389 | PhoneCaseShop | Walmart | 102489083 |
| 390 | -lianxiquheimobaihuodian | Amazon | A3KNS9BXLQGWYQ |
| 391 | ★★COFF Anime Society★★ | Amazon | A2TVUG9GM7MSKY |
| 392 | Anime poster 21 | Amazon | A11LMI2F9RHCBK |
| 393 | ARY2020 | Amazon | A10ZEJUR8TBGFU |
| 394 | AXOIN | Amazon | A193ZM8FBAARLH |
| 395 | bufuhaochunguang | Amazon | A1ONOGN6KAHLJQ |
| 396 | cengchaoying888168 | Amazon | A109NO1BCA999M |
| 397 | Chen Jingrui | Amazon | AK4YC8MUDEYAI |
| 398 | chenfengjinhaibaodian | Amazon | A3CDCX9U0LS8QZ |
| 399 | Collifun | Amazon | A6PR2Z3H3YF0F |
| 400 | Color Bloom | Amazon | A1O7FUEM9RLHTI |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 401 | Cosenlong | Amazon | A12EEPCC0QAMBR |
| 402 | ctrrfa | Amazon | A3CENK6SEGUFZA |
| 403 | DBYLXMNY | Amazon | A1DZRS4IE7CNDD |
| 404 | DESLELV | Amazon | A3UNVVDW01W0MH |
| 405 | DNF5 | Amazon | AQVB756AFGEC1 |
| 406 | dongguannilaikufuzhuangyouxianzerengongsi | Amazon | A28BHYG8C8G094 |
| 407 | FDEYES | Amazon | A219FGIFMU6X7Q |
| 408 | Fino Shop | Amazon | A3UDQB7EXTEIP |
| 409 | foshanshixingbohengkejiyouxiangongsi | Amazon | AVKXCEA6LGFY5 |
| 410 | FUDAO-US | Amazon | A374BC2GHT5YKN |
| 411 | Fushimeihaibao | Amazon | A1OQVG5GKDY4CH |
| 412 | Gan Zhou Lang Nuo Dian Zi Shang Wu You Xian GongSi | Amazon | AQGADKHHXQE94 |
| 413 | ganlifandian | Amazon | A3VE0WIYX6UHPP |
| 414 | GEROR Shop | Amazon | AWDKRTO0PGQVT |
| 415 | guangzhouadanshangmaoyouxiangongsi | Amazon | A31YF8MQ7OK14U |
| 416 | GuangZhouFanWenMaoYiYouXianGongSi | Amazon | A3C4SW5X5HD9JD |
| 417 | GuangZhouGuiFaMaoYiYouXianGongSi | Amazon | ASJ23V54DO21D |
| 418 | guolifenposter | Amazon | A18DGY68A0GPRU |
| 419 | GYXRAT | Amazon | A3T7P4NFPMB8F7 |
| 420 | HOA HA LIEN SHOP | Amazon | A2NUTDZ3E4LM6C |
| 421 | Holrancosplay | Amazon | A2ZRSH0HX4FB7D |
| 422 | huangyiqing111 | Amazon | A1LZFENIQAH2XH |
| 423 | Hudan-store | Amazon | A3Q401K29YYFS6 |
| 424 | HuenFon(Fast Delivery 7 - 15 Days) | Amazon | A223BIZW108D7C |
| 425 | It's so hard to think of a name | Amazon | A2E4A94NWH7ZH1 |
| 426 | JMZWQ | Amazon | A1TLGNE8V4RPWG |
| 427 | junlin2747 | Amazon | AAMTGXRAYJO5W |
| 428 | Jusase | Amazon | A2D3H62CU395UY |
| 429 | kengdufuiy | Amazon | AM3JHCS38ZKL9 |
| 430 | KJGH | Amazon | A2ZFK3DTWIYGNM |
| 431 | Laylow Art Store | Amazon | A1V8CRQ1550QFQ |
| 432 | Li jian1988 | Amazon | A1AU284VYV1BWQ |
| 433 | linliyinghaibao | Amazon | ALL7NG7UIRBAE |
| 434 | liqingyuhaibao | Amazon | A10J0NQ6AJPU4V |
| 435 | LiWanshangdian | Amazon | A63FNQL1UPLE |
| 436 | maple2020 | Amazon | A8RCVO63X9HI8 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 437 | Mifyyar | Amazon | A1E86JZEATQ91R |
| 438 | Minoly Stickers | Amazon | A1HLTYU0S0WAO2 |
| 439 | Nayanj | Amazon | A1EZAWNIL49JNG |
| 440 | NGUYEN YEN SHOP1 | Amazon | AUVJFXH51R9LK |
| 441 | nongml | Amazon | A1SWFMERTFVQ9 |
| 442 | nuoyuanwangposter | Amazon | A9CTEDLH6565W |
| 443 | Pass out | Amazon | A3RCRXIYRSJQJS |
| 444 | peacefuljoy | Amazon | A2KBPFM9I5D1AO |
| 445 | Poster Shop. | Amazon | AWYCZ4YLO26ET |
| 446 | Postifull Decal | Amazon | A6YUQT2GA2FAB |
| 447 | Qinq Yi | Amazon | A1SJ9PKR1GE9XV |
| 448 | qq33333 | Amazon | A21C6KMVMMA3F7 |
| 449 | qzb22 | Amazon | A2SGONNDJDN43H |
| 450 | rfvbnh | Amazon | A2OAFAHJV0DLGA |
| 451 | Rita Casillas | Amazon | A1X1HBFYGGN223 |
| 452 | ROU CHAN SHANG MAO | Amazon | A25NMNG5EHC7NT |
| 453 | sakd | Amazon | A3IXVK4LOORL34 |
| 454 | samand tha jones | Amazon | AOU3UYUU94JBK |
| 455 | SCPTOD | Amazon | A2KY00VQLEXOSW |
| 456 | script | Amazon | A1BXBA8WT30AZ6 |
| 457 | shanghaibingkewangluokejiyouxiangongsi | Amazon | A3MNR8THU5XVLU |
| 458 | SHUOQUN | Amazon | A3CT6E196V43J2 |
| 459 | Small second shop | Amazon | AYUNKC2J6WVPF |
| 460 | tangchunlibeimei | Amazon | A3SYR75B3T0856 |
| 461 | Terminate | Amazon | A3PQR70P2OW41M |
| 462 | The Antipress OL | Amazon | A2KUVTZH5I6K8P |
| 463 | This is a mysterious shop | Amazon | A1H0L111T00N97 |
| 464 | Tool Equation | Amazon | A36PV8Z31SGNI5 |
| 465 | ToouYoor-US | Amazon | A6OGECF6TQF6X |
| 466 | ULVOU STORE | Amazon | A2D2L7Z1NL1VK5 |
| 467 | wangxiaoya-us | Amazon | A13LBTUEB576Y1 |
| 468 | WoSang | Amazon | A27UEKLGTYALD |
| 469 | XiaMenShiChengHanHuaWangLuo | Amazon | A2VRU6DB42L3WI |
| 470 | XiangChengShiFengAoShangMaoYouXianGongSi | Amazon | A39WO7LZ6JP2W5 |
| 471 | XIAXIADEDIAN | Amazon | A1BCIQE6DIORHZ |
| 472 | xinxiangfeimengshangmaoyouxiangongsi | Amazon | A2H4NPU7PDY5YX |
| 473 | YangTaojiedsgf | Amazon | A25WJRZ9P1C3G3 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 474 | YeErBoLan ·YeErLan2563 | Amazon | A3IDMX2B3T2VV2 |
| 475 | yitong shop | Amazon | A33HQJM6Z15680 |
| 476 | YooPink | Amazon | A2UR0E03GFWBCS |
| 477 | yunchengshiyanhuqujiaorongshangmaoyouxiangongsi | Amazon | A4CSBK58YT78J |
| 478 | zhuzhuxia poster | Amazon | A1GSH3K6W700KF |
| 479 | 于都全顺贸易有限公司 | Amazon | A2QAGLKIVP2WC3 |
| 480 | 安贵商贸有限公司 | Amazon | A7NGNV1CS3440 |
| 481 | 深圳市荣枫达科技有限公司 | Amazon | A3CUHLB2WT5DKZ |
| 482 | GMYG-NA | Amazon | A1V2H3YL6YG1SE |
| 483 | Odam*f | Amazon | A292UBZO1AWNST |
| 484 | shanximiaoyuruilawangluokejiyouxiangongsi | Amazon | A1TN2934EUF6SJ |
| 485 | Sikra | Amazon | A3GDXEJV3F0WBA |
| 486 | 汤阴县裴柯煽商贸有限公司 | Amazon | AI7XKU1PCGB1F |
| 487 | 18 Factory Store | AliExpress | 1101919944 |
| 488 | 21 Shops That Make A Lot Of Money Store | AliExpress | 1102894741 |
| 489 | A Comfortable Life S Store | AliExpress | 1103758417 |
| 490 | AAAAA Men Clothing 886 Store | AliExpress | 1102378397 |
| 491 | ALLZZAN Dropshipping Store | AliExpress | 1101828235 |
| 492 | AnimeCo Store | AliExpress | 1101899811 |
| 493 | B-D Clothes Factory Store | AliExpress | 1101949033 |
| 494 | Best Choice Store | AliExpress | 1102333709 |
| 495 | Black Cat Women Clothing Store | AliExpress | 1103132330 |
| 496 | BO YA MenT Shirt Factory Outlet Store | AliExpress | 1102021726 |
| 497 | CHAMPRINT Direct Store | AliExpress | 1102214914 |
| 498 | CHAMPRINT Tshirt Store | AliExpress | 1101544025 |
| 499 | Clothing Design K10 Store | AliExpress | 1102976051 |
| 500 | COLLECT TEES Store | AliExpress | 1103692175 |
| 501 | Color Show Fashion Store | AliExpress | 1102861380 |
| 502 | Cosermart Store | AliExpress | 1100975886 |
| 503 | Costumes/Accessories Store | AliExpress | 1100514104 |
| 504 | Coszone Cosplay Costume Store | AliExpress | 1101291614 |
| 505 | Dream Clothes Store | AliExpress | 1103731304 |
| 506 | DSJ9 Store | AliExpress | 1101786777 |
| 507 | EIGHTIN Store | AliExpress | 1101424091 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 508 | Enwought Store | AliExpress | 1101982199 |
| 509 | Fantasy Clothes Store | AliExpress | 1103693170 |
| 510 | Fantasy qi qi Store | AliExpress | 1101450038 |
| 511 | Fantasy Workshop Store | AliExpress | 1103718618 |
| 512 | Fashion A Frontiers Store | AliExpress | 1103509402 |
| 513 | Global Fire Clothes Store | AliExpress | 1102820065 |
| 514 | GZTCBD Dropshipping Store | AliExpress | 1101832413 |
| 515 | Heavydun Shoe Store | AliExpress | 1101882314 |
| 516 | HUYB T-Shirts Store | AliExpress | 1103806085 |
| 517 | Jun Yang Fu Shi Store | AliExpress | 1102660148 |
| 518 | Kwai Hua Miao Fei Yu&#39;s Clothing Store Store | AliExpress | 1103689468 |
| 519 | Lion Wings Fashion Factory Store | AliExpress | 1102962134 |
| 520 | LOVETTE DESIGN Store | AliExpress | 1102153973 |
| 521 | Luck Stylish Store | AliExpress | 1102337647 |
| 522 | MeiHaoTEE EZ Store | AliExpress | 1101261203 |
| 523 | men left women right | AliExpress | 1101177874 |
| 524 | Modern Preferred Store | AliExpress | 1102890699 |
| 525 | NiceThingFashion Store | AliExpress | 1101312733 |
| 526 | Prime Print Store | AliExpress | 1103669419 |
| 527 | Shop Ying 019 Store | AliExpress | 1102819361 |
| 528 | Shop110000172 Store | AliExpress | 1103185233 |
| 529 | Shop1100387407 Store | AliExpress | 1100386365 |
| 530 | Shop1102191338 Store | AliExpress | 1102185393 |
| 531 | Shop1102248729 Store | AliExpress | 1102248730 |
| 532 | Shop1102454119 Store | AliExpress | 1102461106 |
| 533 | Shop1102549653 Store | AliExpress | 1102551639 |
| 534 | Shop1102685611 Store | AliExpress | 1102680758 |
| 535 | Shop1027000134 Store | AliExpress | 1102720619 |
| 536 | Shop1102716518 Store | AliExpress | 1102717502 |
| 537 | Shop1102718351 Store | AliExpress | 1102721334 |
| 538 | Shop1102733203 Store | AliExpress | 1102737182 |
| 539 | Shop1102779081 Store | AliExpress | 1102778145 |
| 540 | shop1102784487 Store | AliExpress | 1102790441 |
| 541 | Shop1102799334 Store | AliExpress | 1102801349 |
| 542 | Shop1102810690 Store | AliExpress | 1102810691 |
| 543 | Shop1102823834 Store | AliExpress | 1102820857 |
| 544 | Shop1102823842 Store | AliExpress | 1102820865 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 545 | Shop1102826390 Store | AliExpress | 1102826391 |
| 546 | Shop1102845766 Store | AliExpress | 1102839780 |
| 547 | Shop1102884939 Store | AliExpress | 1102878927 |
| 548 | Shop1102895269 Store | AliExpress | 1102893372 |
| 549 | Shop1102900161 Store | AliExpress | 1102991628 |
| 550 | Shop110290156 Store | AliExpress | 1102927204 |
| 551 | Shop1102913556 Store | AliExpress | 1102908533 |
| 552 | Shop1102935310 Store | AliExpress | 1102939253 |
| 553 | Shop1102936311 Store | AliExpress | 1102935278 |
| 554 | Shop1102937258 Store | AliExpress | 1102935277 |
| 555 | Shop1102960101 Store | AliExpress | 1102958113 |
| 556 | Shop1102997640 Store | AliExpress | 1102992738 |
| 557 | Shop1103056640 Store | AliExpress | 1103051679 |
| 558 | Shop1103128894 Store | AliExpress | 1103155009 |
| 559 | Shop1103187045 Store | AliExpress | 1103188040 |
| 560 | Shop1103242123 Store | AliExpress | 1103230158 |
| 561 | Shop1103266081 Store | AliExpress | 1103265089 |
| 562 | Shop1103328245 Store | AliExpress | 1103337149 |
| 563 | Shop1103560020 Store | AliExpress | 1103563053 |
| 564 | Shop1103677224 Store | AliExpress | 1103670252 |
| 565 | Shop1103697007 Store | AliExpress | 1103679796 |
| 566 | Shop1103734223 Store | AliExpress | 1103727218 |
| 567 | Shop1103748123 Store | AliExpress | 1103746137 |
| 568 | Shop1103835161 Store | AliExpress | 1103844170 |
| 569 | Shop1103862466 Store | AliExpress | 1103850600 |
| 570 | Shop1103948046 Store | AliExpress | 1103937054 |
| 571 | Shop1103950035 Store | AliExpress | 1103947044 |
| 572 | Shop5784665 Store | AliExpress | 1101393407 |
| 573 | Shop5874837 Store | AliExpress | 1101405092 |
| 574 | Shop900235031 Store | AliExpress | 1101492648 |
| 575 | Shop900246463 Store | AliExpress | 1101493275 |
| 576 | Shop910351198 Store | AliExpress | 1101519827 |
| 577 | SoCutes Store | AliExpress | 1101372592 |
| 578 | Star6 Store | AliExpress | 1103832475 |
| 579 | SX QNMT T-shirt Store | AliExpress | 1103744367 |
| 580 | TCLZJ Dropshipping Store | AliExpress | 1101699140 |
| 581 | TCPandora Dropshipping Store | AliExpress | 1101513193 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 582 | TEES HOLIC Store | AliExpress | 1102890663 |
| 583 | THE BORING Store | AliExpress | 1102959170 |
| 584 | The Land Of Clothes Store | AliExpress | 1103720505 |
| 585 | TSHIER Store | AliExpress | 1101049264 |
| 586 | WEJNXIN 84 Store | AliExpress | 1101030873 |
| 587 | WHWR Fashion Store | AliExpress | 1102181495 |
| 588 | cleudls | Walmart | 101695704 |
| 589 | DGWDBFSYXGS Store | Walmart | 101289620 |
| 590 | foshanshiningpanxinshangmao | Walmart | 101689770 |
| 591 | guoronghua | Walmart | 102483187 |
| 592 | jiujiangyonghanmuxiaoshou Co.ltd | Walmart | 101218842 |
| 593 | keyiwangluo | Walmart | 102479044 |
| 594 | Moleiqq | Walmart | 102758289 |
| 595 | YANSHOP | Walmart | 101343104 |
| 596 | ZhengHibhs | Walmart | 102892844 |
| 597 | ZHH Style | Walmart | 101681906 |
| 598 | Zhiyang's small shop | Walmart | 101498399 |
| 599 | zhongheshangmao | Walmart | 101335702 |
| 600 | zhuangg | Walmart | 101690962 |