IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADESIGN USA, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-06813-LMM |

## PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, TV Tokyo Corporation requests entry of default by the Clerk against the remaining Defendants, as listed in Schedule A attached hereto.

Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

On November 26, 2025, the Court authorized Plaintiff to serve Defendants with process by electronic means. [Dkt. 10]. After obtaining email addresses from the third-party providers, Plaintiff served all Defendants electronically on or before December 15, 2025. [Dkt. 15]. Therefore, responses to the Complaint were due twenty-one days from the date of service, making them due January 5, 2026. Fed. R.

Civ. P. 12(a)(1)(A)(i). As of today, none of the non-dismissed Defendants on Schedule A hereto have filed or served an answer or otherwise responded to the Complaint. (Lilenfeld Decl., dated January 28, 2026, ¶3). Therefore, Plaintiff respectfully requests that the Clerk enter default for each non-dismissed Defendant listed in Schedule A.

| | |
|---|---|
| Dated: January 28, 2026 | Respectfully submitted, |
| | /s/ David M. Lilenfeld<br>David M. Lilenfeld<br>Georgia Bar No. 452399<br>**WHITEWOOD LAW PLLC**<br>5555 Glenridge Connector, Suite 200<br>Atlanta, GA 30342<br>Telephone: (917) 858-8018<br>Email: david@whitewoodlaw.com |
| | *Counsel for Plaintiff* |
| | Abby Neu, *pro hac vice*<br>**WHITEWOOD LAW PLLC**<br>5555 Glenridge Connector, Suite 200<br>Atlanta, GA 30342<br>Telephone: (917) 858-8018<br>Email: smu@whitewoodlaw.com |
| | *Counsel for Plaintiff* |