IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ADESIGN USA, et al.,<br><br>    Defendants. | Civil Action No. 25-cv-06813-LMM |

## MOTION FOR DEFAULT JUDGMENT

TV Tokyo Corporation ("Plaintiff"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, hereby respectfully moves for a default judgment as to the Defendants who have been served with process but have failed to reply to the Complaint.

Based on the admissions-by-default of the factual allegations in the Complaint, Plaintiff seeks a default judgment (1) holding Defendants jointly and severally liable for trademark infringement as alleged in the Complaint; (2) finding the infringement was willful; (3) awarding statutory damages of $100,000 per defaulting defendant for trademark infringement; and (4) issuing a permanent injunction.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law. A Proposed Judgment is also attached for the Court's convenience.

Dated: January 30, 2026                                   Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*

Abby Neu, *pro hac vice*
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (917) 858-8018
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*